IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JILLIAN ROBERTS,

      Appellant,

v.                                      Case No. 5D17-1058

CITIZENS PROPERTY INSURANCE
CORPORATION,

      Appellee.

_____/

Opinion filed October 13, 2017

Appeal from the Circuit Court for
Seminole County,
Melanie Chase, Judge.

Matthew G. Struble and Christine M.
Deis, of Struble, P.A., Fort Lauderdale,
for Appellant.

Kara Berard Rockenbach, of Methe &
Rockenbach, P.A., West Palm Beach,
for Appellee.


ON CONCESSION OF ERROR

PER CURIAM.

      Based on Citizens Property Insurance Corporation's Concession of Error, we reverse the trial court's "Order on Defendant's Motion to Dismiss or Alternative Motion for Summary Judgment and Plaintiff's Motion to Continue" and remand for further proceedings.

REVERSED and REMANDED.

ORFINGER, WALLIS, and EDWARDS, JJ., concur.